IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00251-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHIHEEM OCTAVIOUS BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's unopposed Motion for Extension of Time to File Pretrial Motions and Continue Arraignment [DE 86]. For good cause shown, the motion is GRANTED. Defendant shall be allowed until October 8, 2024, to file pretrial motions, and the Government shall file any responses to pretrial motions by October 22, 2024. Defendant's arraignment is continued until the November 5, 2024 term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 12th day of August, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE